IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 20 cv 6928 |
| v. | ) ) | Sara L. Ellis |
| ASHGROVE MARKETING AGENCY, LLC, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Glen Ellyn Pharmacy, Inc., voluntarily dismisses its individual claims against Defendant Ashgrove Marketing Agency, LLC, without prejudice and without costs. Plaintiff Glen Ellyn Pharmacy, Inc., voluntarily dismisses its class claims against Defendant Ashgrove Marketing, LLC, without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

s / *Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

1

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on January 25, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and I caused a copy to be to be served, via email on the following party:

**VIA MAIL AND EMAIL**
Jad Sheikali
Honigman LLP
155 N. Wacker Drive, Ste 3100
Chicago, IL 60606
jsheikali@honigman.com

/s/*Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)